UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

                              Plaintiff,

        – against –

QUIANA SMITH-WILLIAMS,

                              Defendant.

**ORDER**

25-cv-07706 (ER)

RAMOS, D.J.:

        Boisey Caldwell, who is proceeding *pro se*, brought this action against Quiana Smith-Williams, an attorney at the New York City Law Department, on September 17, 2025.  Doc. 1.  The Court dismissed the case *sua sponte* on December 19, 2025.  Doc. 8. Caldwell then submitted a filing to the Court dated January 3, 2026.   Doc. 9.  The Court construed the filing as motion for reconsideration pursuant to Local Rule 6.3 and denied the motion on January 13, 2026.  Doc. 10.  Caldwell then filed a motion to reconsider the January 13, 2026, order in a letter dated January 28, 2026.  Doc. 15.

        The motion is denied because it is procedurally improper.  "[P]arties are not afforded a second chance to move for reconsideration."  *Telecom Business Solution, LLC v. Terra Towers Corp.*, No. 22-CV-1761 (LAK), 2025 WL 2770693, at *1 (S.D.N.Y. Sept. 26, 2025).

        It is SO ORDERED.

Dated:    February 3, 2026
          New York, New York

_____
        EDGARDO RAMOS, U.S.D.J.