UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

                Plaintiff,

    – *against* –

QUIANA SMITH-WILLIAMS,

                Defendant.

**<u>ORDER</u>**

25-cv-07706 (ER)

<u>RAMOS, D.J.</u>:

Boisey Caldwell, who is proceeding *pro se*, brought this action against Quiana Smith-Williams, an attorney at the New York City Law Department, on September 17, 2025. Doc. 1. The Court dismissed the case *sua sponte* on December 19, 2025. Doc. 8. Mr. Caldwell then submitted a filing to the Court dated January 3, 2026. Doc. 9. The Court construed the filing as motion for reconsideration pursuant to Local Rule 6.3 and denied the motion on January 13, 2026. Doc. 10. Mr. Caldwell then filed a motion to reconsider the January 13, 2026, order in a letter dated January 28, 2026. Doc. 15. The Court denied the motion as procedurally improper, explaining that "parties are not afforded a second chance to move for reconsideration." *Telecom Business Solution, LLC v. Terra Towers Corp.*, No. 22-CV-1761 (LAK), 2025 WL 2770693, at *1 (S.D.N.Y. Sept. 26, 2025); *see* Doc. 16. Since then, Mr. Caldwell has filed two additional motions for reconsideration based on the same substantive arguments that this Court and others have previously rejected as frivolous. Docs. 18, 21; *see also Caldwell v. Cohen*, No. 21-CV-5039 (LTS), 2021 WL 3193030, at *1–3, 6 (S.D.N.Y. July 26, 2021) (collecting cases). The Court also denied these motions as procedurally improper. Docs. 19, 22.

Before the Court is Mr. Caldwell's most recent filing, which is styled as a motion to vacate the court-approved settlement in *Stinson et al.*, 1:10-CV-04228-RWS (S.D.N.Y.), and for sanctions against Elinor Sutton, an attorney who is not party to this

case and whom Mr. Caldwell has twice sued unsuccessfully.[1]  Doc. 23.  The motion reiterates the same arguments that courts in this District—including this Court—have repeatedly found to lack merit.  It also effectively represents another request for reconsideration, which the Court has already explained is procedurally improper.

The motion is therefore DENIED for the reasons set forth in the Court's previous orders.  Mr. Caldwell is advised that his continued submission of repetitive filings may result in an injunction on future filings in this case.

It is SO ORDERED.

Dated:    February 26, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

---

[1]  In his most recent suit against Sutton, the court concluded that his claims against her were not only frivolous but also barred by claim preclusion.  *Caldwell v. Cohen*, No. 21-CV-5039 (LTS), 2021 WL 3193030, at *4 & n.6 (S.D.N.Y. July 26, 2021).  The same court later issued an order barring Mr. Caldwell from filing future civil actions *in forma pauperis* without first obtaining leave to file.  *Caldwell v. Cohen*, No. 21-CV-5039 (LTS), 2021 WL 3667984 (S.D.N.Y. Aug. 17, 2021).  That order does not apply to this case because Mr. Caldwell has paid the filing fees.