UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

                    Plaintiff,

        – against –

QUIANA SMITH-WILLIAMS,

                    Defendant.

**ORDER**

25-cv-07706 (ER)

RAMOS, D.J.:

Boisey Caldwell, who is proceeding *pro se*, brought this action against Quiana Smith-Williams, an attorney at the New York City Law Department, on September 17, 2025. Doc. 1. The Court dismissed the case *sua sponte* on December 19, 2025. Doc. 8. Since then, Mr. Caldwell has submitted various motions, which the Court has denied. *See* Doc. 24 at 1 (summarizing the relevant procedural history). Most recently, Mr. Caldwell filed a letter that was styled as a motion to vacate a court-approved settlement in another case and sanction a third-party attorney. Doc. 23. The Court denied the motion on February 26, 2026. Doc. 24 at 2. After the Court denied the motion, the Court received four additional filings from Mr. Caldwell that provide additional support for his most recent motion. *See* Docs. 25–28. It appears that Mr. Caldwell mailed these filings before he received the Court's February 26, 2026, order.

The requests in the latest filings, Docs. 25–28, are DENIED for the reasons set forth in the Court's latest order, Doc. 24. The Clerk of the Court is respectfully directed to terminate the motion, Doc. 25.

It is SO ORDERED.

Dated:    March 2, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.