UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

                Plaintiff,

        *-against-*

QUIANA SMITH-WILLIAMS,

                Defendant.

25-cv-7706 (ER)

BAR ORDER UNDER 28 U.S.C. § 1651

EDGARDO RAMOS, United States District Judge:

Boisey Caldwell, who is proceeding *pro* se, brought this action against Quiana Smith-Williams, an attorney at the New York City Law Department, on September 17, 2025. Doc. 1.  The Court dismissed this case *sua sponte* on December 19, 2025.  Doc. 8.  After Mr. Caldwell filed numerous motions and documents in this case—all of which the Court denied— the Court repeatedly warned Mr. Caldwell that his continued submission of repetitive or frivolous filings may result in an injunction on future filings in this case.  Docs. 24, 36.  When Mr. Caldwell continued to file frivolous submissions, the Court directed him to show cause by June 12, 2026, why he should not be barred pursuant to 28 U.S.C. § 1651 from filing further documents in this case, except for a notice of appeal to the United States Court of Appeals for the Second Circuit, without prior permission from the Court.  Doc. 40.  Mr. Caldwell has not filed a declaration as directed; in fact, he has continued to submit frivolous filings in this case.  *See* Docs. 42, 43, 45, 47.  Accordingly, he has failed to show cause why he should not be barred, and the bar order will issue.

The Court hereby bars Mr. Caldwell, pursuant to 28 U.S.C. § 1651, from filing any further documents in this action, except a notice of appeal directed to the Court of Appeals, unless he first obtains permission from this Court to do so.  Should Mr. Caldwell file new

documents for the attention of this Court, the Court will review them, but will not act on, and will terminate for statistical purposes, any that are consistent with his pattern of vexatious and frivolous litigation.  Should Mr. Caldwell file documents directed to the Second Circuit, the filings will be brought to the attention of the Second Circuit but this Court will take no further action on them.  Mr. Caldwell is further warned that his continued submission of further frivolous documents may result in the imposition of additional sanctions, including monetary penalties.  *See* 28 U.S.C. § 1651.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

It is SO ORDERED.

Dated:    June 30, 2026
          New York, New York

EDGARDO RAMOS
United States District Judge

2