UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

Plaintiff,

*-against-*

QUIANA SMITH-WILLIAMS,

Defendant.

**ORDER**

25-cv-7706 (ER)

RAMOS, D.J.:

The Court directs the Clerk of Court to return to Plaintiff the money order in the amount of $405.00 that the Court received from him on August 6, 2026. The Clerk is also respectfully requested to mail Plaintiff a copy of this order.

It is SO ORDERED.

Dated: August 7, 2026
New York, New York

EDGARDO RAMOS
United States District Judge