UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

Plaintiff,

*-against-*

QUIANA SMITH-WILLIAMS,

Defendant.

**ORDER**

25-cv-7706 (ER)

RAMOS, D.J.:

Boisey Caldwell, who is proceeding *pro se*, filed this action on September 17, 2025. Doc. 1. The Court dismissed the case on December 19, 2025. Doc. 8. On August 6, 2026, Mr. Caldwell sent the Court a money order in the amount of $405.00, notwithstanding the fact that he had already paid the fee in this case or the fact that the case had already been dismissed. Doc. 57. The Court thus directed the Clerk of Court to return those funds to him on August 7, 2026. *Id.*

The Court then received a letter-motion from Mr. Caldwell on August 18, 2026, alleging that he had not received these funds because they were sent to an "insufficient address," and requesting an order directing their immediate return. Doc. 58. However, contrary to Mr. Caldwell's representations, his payment was returned to him via certified mail on August 13, 2026, as reflected by the recent entry on the docket.[1]

[1] In his letter-motion, Mr. Caldwell attaches a tracking report for a certified letter that was returned to the sender due to an insufficient address on August 6, 2026. Doc. 58 at 31. But that mailing (and the associated tracking number, 9589 0710 5270 3112 1886 32) relates to the return of a payment that Mr. Caldwell made in a separate case, *Caldwell v. Spiro*, 25 Civ. 7475. The payment in this case is associated with tracking number 9589 0710 5270 3112 1886 49, and was delivered on August 13, 2026.

Mr. Caldwell's letter-motion is therefore DENIED. The Clerk of the Court is respectfully directed to mail Mr. Caldwell a copy of this order.

It is SO ORDERED.

Dated: August 19, 2026
New York, New York

EDGARDO RAMOS
United States District Judge